```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICHARD JOHNSON,

                            Plaintiff                  07 Civ. 9794 (RPP)

      - against -

                                                       **ORDER**

COMMISSIONER MARTIN HORN,
WARDEN SANDRA LANGSTON,
CORRECTION OFFICER EADY,

                          Defendants.
-----------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      If service of process on Defendants is not completed by November 9, 2009, this case will be dismissed.

IT IS SO ORDERED.

Dated: New York, New York
          October 6, 2009

                                                         Robert P. Patterson, Jr.
                                                                U.S.D.J.

Copies of this order were faxed to:

*Pro se Plaintiff:*

Richard Johnson
Palladia House/Starhill (Entry Level)
1600 Macombs Rd.
Bronx, New York 10452